CARLOS JIMENEZ, SBN 227534
carlos@protectionlawgroup.com
BRENDAN J. BURTON, SBN 323495
brendan@protectionlawgroup.com
STEPHANIE PAPAYANIS, SBN 337655
stephanie@protectionlawgroup.com
**PROTECTION LAW GROUP, LLP**
149 Sheldon Street
El Segundo, California 90245
Telephone: (424) 290-3095
Facsimile: (866) 264-7880

*Attorneys for* Plaintiff
PABLO ENRIQUE PULIDO ROMERO

*(Additional Counsel Listed on Next Page)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO ENRIQUE PULIDO ROMERO, as an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC., a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: 2:25-cv-00708-WLH-ADS<br><br>*Assigned to: the Hon. Wesley L. Hsu, Courtroom 9B*<br><br>*Magistrate Judge: the Hon. Autumn D. Spaeth, Courtroom 6B*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF PABLO ENRIQUE PULIDO**<br><br>Complaint Filed: October 1, 2024<br>Removal Date:  January 27, 2025<br>Trial Date:    None Set |

1  EDWIN M. BONISKE, SBN 265701_
   boniske@higgslaw.com
2  JAMES M. PETERSON, SBN 137837
   peterson@higgslaw.com
3  **HIGGS FLETCHER AND MACK**
   401 West A Street, Suite 2600
4  San Diego, CA 92101
   Telephone: (619) 236-1551
5  Facsimile: (619) 696-1410

6
   *Attorneys for* Defendant
7  O'REILLY AUTO ENTERPRISES, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of all claims asserted in the above-captioned action by Plaintiff Pablo Enrique Pulido, with prejudice. Each party shall bear its own attorneys' fees and costs except as may be explicitly set forth in the parties' settlement agreement.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 25, 2025                **PROTECTION LAW GROUP, LLP**

By: _____
Carlos Jimenez
Brendan J. Burton
Stephanie Papayanis
Afife Bicakci
*Attorneys for* Plaintiff
PABLO ENRIQUE PULIDO ROMERO

Dated: March 25, 2025                **HIGGS, FLETCHER AND MACK**

By: __/s/ Edwin M. Boniske_____
Edwin M. Boniske
James M. Peterson
Renee Runsat
*Attorneys for* Defendant
O'REILLY AUTO ENTERPRISES, LLC